**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, *ex rel.* KARLA BELLOTTO and IVAN BELLOTTO,

Plaintiffs,

-against-

MICHAEL SHABSELS, DAVID SHABSELS, RANDOLPH MITTASCH, SIMAD HOLDINGS LLC, DAMIS HOLDINGS LLC, KIWI OPERATINGCO LLC, WILLOW LAKE DAY CAMPS LLC, COUNTRY ROADS OPERATINGCO LLC, MOHAWKCAMPCO LLC, BANNER OPERATINGCO LLC, MEADOWBROOK OPERATINGCO LLC, and EAGLE'S LANDING DAY CAMP LLC,

Defendants.

Docket No. 24 Civ. 6494 (KMK)

Hon. Kenneth M. Karas

**~~[PROPOSED]~~ ORDER**

**FILED UNDER SEAL**

IT IS HEREBY ORDERED, that the seal in this action is lifted as to the following specific filings: (a) Plaintiff-Relators' Complaint, dated August 8, 2024; (b) the Summonses for Defendants, dated August 8, 2024; (c) the Civil Cover Sheet, dated August 8, 2024; and (d) this Order. Further, upon the unsealing of the Plaintiff-Relators' Complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

IT IS FURTHER ORDERED, that, except to the extent the seal was partially lifted pursuant to the Court's prior orders and as specified above, all other documents filed in this action prior to the entry of this Order shall remain under seal and not be made public.

Dated: August 17, 2026
White Plains, New York

SO ORDERED:

HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE