**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA ex rel. KARLA BELLOTTO AND IVAN BELLOTTO,

Plaintiff,

v.

MICHAEL SHABSELS, DAVID SHABSELS, RANDOLPH MITTASCH, SIMAD HOLDINGS LLC, DAMIS HOLDINGS LLC, KIWI OPERATINGCO LLC, WILLOW LAKE DAY CAMPS LLC, COUNTRY ROADS OPERATINGCO LLC, MOHAWKCAMPCO LLC, BANNER OPERATINGCO LLC, MEADOWBROOK OPERATINGCO LLC, AND EAGLE'S LANDING DAY CAMP LLC,

Defendants.

**24 Civ. 6494 (KMK)**

**~~FILED UNDER SEAL~~**

IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), that the United States having advised the Court that it intends to intervene in this matter, the time for the United States to file its Notice of Intervention, Complaint in Intervention, ~~and a proposed unsealing order~~ shall be extended to August 24, 2026.

~~The complaint, orders, and all other documents submitted to the Court shall remain under seal during that period and until further order of the Court.~~

Dated: August 20, 2026
White Plains, New York

SO ORDERED:

HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE